# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

DEC 11 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

)
United States of America )
vs. ) Case No. 1:09-CR-00091-1
Wade William Grissom )
)

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Wade William Grissom__, have discussed with __Dan Stark__, Pretrial Services Officer, modifications of my release conditions as follows:

To modify the travel condition as follows: The defendant's travel is restricted to the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer.

All other terms and conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-23-09        _____  12/2/2009
Signature of Defendant     Date             Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                   12/9/09
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   12/04/09
Signature of Defense Counsel                Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __12-11-09__.
[ ] The above modification of conditions of release is *not* ordered.

_____                   12-11-09
Signature of Judicial Officer               Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services