DANIEL J. BRODERICK, #89424
Federal Defender
JEREMY S. KROGER, CA Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WADE WILLIAM GRISSOM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | NO. 1:09-CR-0091 LJO DLB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER TO SURRENDER TO THE BUREAU OF PRISONS |
| v. | |
| WADE WILLIAM GRISSOM, | Judge: Hon. Dennis L. Beck |
| Defendant. | |

Having considered the evidence and arguments presented at the hearing on Defendant's alleged pretrial violation held on January 25, 2010, AND GOOD CAUSE APPEARING, the Court hereby ORDERS as follows:

The Defendant, Wade William Grissom, shall self-surrender to the Bureau of Prisons at the Federal Correctional Institution in Terminal Island on or before Wednesday, January 27, 2010, at 4:00 p.m.

IT IS SO ORDERED.

Dated:   **January 26, 2010**         **/s/ Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE