**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorney for Defendant WADE WILLIAM GRISSOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-cr-00091-LJO-1 |
| | ) | |
| Plaintiff | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING REVOCATION HEARING TO |
| v. | ) | MAY 13, 2013 AT 8:30 AM; |
| | ) | ORDER THEREON |
| WADE WILLIAM GRISSOM, | ) | |
| | ) | |
| Defendant | ) | |
|  | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto that the REVOCATION HEARING currently set for April 22, 2013 at 8:30 a.m. in Courtroom 4, be continued to May 13, 2013 at 8:30 am in Courtroom 4.

The stipulation to continue the revocation hearing is hereby request because, although defense counsel had followed-up in order to timely obtain the dispositional memorandum, defense counsel did not receive the dispositional memorandum from the office of U.S. Probation Office and Probation Officer Julie Martin until Monday, April 15, 2013 by facsimile. Defendant is out of custody and lives in Bakersfield and does not have access to a facsimile machine. Defense counsel needs to obtain signed medical waivers from her client to confer with defendant's medical providers in order to address some of the issues raised in the presentencing memorandum. This process may take two to three weeks. In the meantime, although defendant was promptly sent the dispositional memorandum from Fresno, he has yet to receive it through the U. S. Mail in Bakersfield. Pursuant to Fed. R. Crim. P. 32 and L.R.

460, the dispositional memorandum must have been provided to defense counsel thirty-five (35) days prior to the hearing and as the report was provided seven (7) days prior to the hearing, Defendant's counsel cannot address issues raised in the presentencing report and raise objections, should there be any, without communicating with defendant's medical care providers.

This continuance will conserve time and resources for both parties and the court.

Dated: April 17, 2013          By: /s/ Karen L. Lynch
                                    KAREN L. LYNCH, Attorney for
                                    WADE WILLIAM GRISSOM


                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: April 17, 2013          By: /s/ Kirk Edward Sherriff
                                    Assistant U.S. Attorney

ORDER

The Court, having reviewed the above request for a Continuance of Revocation Hearing until May 13, 2013 at 8:30 am, Department 4 and Order Thereon, and having found good cause for the continuance on the basis the continuance will conserve time and resources of the parties and the Court thus serving the ends of justice which outweighs the best interests of the public and the defendant's right to a speedy trial by serving the interests of the due process clause of the Fifth Amendment to "speedy sentencing."

///

///

///

///

HEREBY ORDERS AS FOLLOWS:

The Status Conference Hearing currently scheduled for April 22, 2013 at 8:30 am, shall be continued to May 13, 2013 at 8:30 am in Department 4.

IT IS SO ORDERED.

Dated:   **April 18, 2013**           /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE REVOCATION HEARING and [PROPOSED] ORDER