**KAREN L. LYNCH #161088**
Karen L. Lynch, Inc.
1204 West Shaw Avenue, Suite 102
Fresno, California 93711
Telephone (559) 478-4370
Facsimile (559) 478-5073

Attorney for Defendant WADE WILLIAM GRISSOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-cr-00091-LJO-1 |
| ) | |
| Plaintiff ) | STIPULATION TO CONTINUE |
| ) | REVOCATION HEARING TO |
| v. ) | June 24, 2013 AT 8:30 AM; |
| ) | ORDER THEREON |
| WADE WILLIAM GRISSOM, ) | |
| ) | |
| Defendant ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by and between the parties hereto that the REVOCATION HEARING currently set for May 13, 2013 at 8:30 a.m. in Courtroom 4, be continued to June 24, 2013 at 8:30 am in Courtroom 4.

The Revocation Hearing was previously continued until May 13, 2013 as the Dispositional Memorandum had just been provided prior to the previous Revocation Hearing date. During the process of obtaining and providing a medical waiver to communicate with defendant's primary mental health provider to address issues raised in U.S. Probation Officer Julie Martin's Dispositional Memorandum, defense counsel learned that the mental health provider, who is difficult to contact and practices in two cities outside of Fresno, is out of the country until the latter part of May 2013.

This Stipulation is hereby requested to enable defense counsel to communicate with this mental health provider and to follow-up accordingly to address the issues raised in the Dispositional Memorandum in order properly represent Defendant.

1

1   This continuance will conserve time and resources for both parties and the court.

2

3   Dated: May 03, 2013                            By: /s/ Karen L. Lynch
                                                   KAREN L. LYNCH, Attorney for
4                                                  WADE WILLIAM GRISSOM

5

6                                                  BENJAMIN B. WAGNER
                                                   United States Attorney
7

8   Dated: May 03, 2013                            By: /s/ Kirk Edward Sherriff
                                                   Assistant U.S. Attorney
9

10                                 ORDER

11  The Court, having reviewed the above request for a Continuance of Revocation Hearing

12  until June 24, 2013 at 8:30 am, Department 4 and Order Thereon, and having found good
13
14  cause for the continuance on the basis the continuance will conserve time and resources of

15  the parties and the Court thus serving the ends of justice which outweighs the best interests

16  of the public and the defendant's right to a speedy trial by serving the interests of the due
17
18  process clause of the Fifth Amendment to "speedy sentencing."

19  HEREBY ORDERS AS FOLLOWS:

20  The Status Conference Hearing currently scheduled for May 13, 2013 at 8:30 am, shall

21  be continued to June 24, 2013 at 8:30 am in Department 4.  The defendant is subject to the

22  original terms of release pending sentencing.

23

24

25  IT IS SO ORDERED.

26     Dated:   **May 3, 2013**                         /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE
27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE REVOCATION HEARING and ORDER